ABBEY, WEITZENBERG, WARREN & EMERY
MITCHELL B. GREENBERG, Esq., State Bar 114878
JAIMEE A. MODICA, Esq., State Bar 226872
100 Stony Point Road, Suite 200
Post Office Box 1566
Santa Rosa, CA  95402-1566
Telephone:  707-542-5050
Facsimile:  707-542-2589
E-Mail: mgreenberg@abbeylaw.com
E-Mail: jmodica@abbeylaw.com

Attorneys for Defendants
ARMORY STUDIOS, LLC, a California limited liability company;
PETER ACWORTH, an individual

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY, a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARMORY STUDIOS, LLC, a California limited liability company; PETER ACWORTH, an individual,<br><br>Defendants. | Case No.: 15-cv-05124-JD<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING CASE MANAGEMENT CONFERENCE AND OTHER FILING DATES**<br><br>The Honorable James Donato |

This Stipulation and [Proposed] Order is filed by Plaintiff Atain Specialty Insurance Company and Defendants Armory Studios, LLC and Peter Acworth, through their respective counsel of record.  The purpose of this Stipulation and Proposed Order is to request that the Court set an Initial Case Management Conference, along with the required pre Conference filings, to replace those matters which were originally set, but vacated, when this case was reassigned.

This action was filed on November 9, 2015.  The case was originally assigned to Magistrate Judge Maria-Elena James.  Magistrate Judge James issued an Initial Case Management Scheduling Order with ADR Deadlines (Docket # 5) on November 9, 2015.  Plaintiff Atain Specialty Insurance Company then filed a

**STIPULATION AND [PROPOSED] ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE DATE**

Declination to Proceed Before U.S. Magistrate Judge (Docket # 7) on November 16, 2015.  The case was reassigned to Judge James Donato by Order dated November 17, 2015 (Docket # 9).  The reassignment Order provides, in part, that "[A]ll dates presently scheduled are vacated and motions should be renoticed for hearing before the judge to whom the case has been reassigned.  Briefing schedules, ADR compliance deadlines, and other case deadlines remain unchanged."

Defendants Armory Studios, LLC and Peter Acworth filed a motion to dismiss the action, under FRCP 12(b)(1), or alternatively, to stay the action, on January 19, 2016 (Docket # 12-14) .  The hearing on that motion is set for February 24, 2016.

The original Initial Case Management Scheduling Order set the Initial Case Management Conference for February 11, 2016, and also set the last day to file the Rule 26(f) Report, and to complete initial disclosures, for February 4, 2016.  The parties read this Court's reassignment Order as vacating the February 11 Initial Case Management Conference, as well as the February 4 deadline for filing the Rule 26(f) Report and completion of the initial disclosures.  However, it does not appear that any new dates have been set by the Court to replace those that were vacated by the Court's November 17, 2015 Order.

The parties believe that Court economy supports that the Case Management Conference, and the deadlines for filing the Rule 26(f) Report, and to complete the initial disclosures, be set on dates after the Court rules on the Motion to Dismiss or Stay.  If the Court grants the Motion and dismisses the action, no further proceedings will be necessary.  If the Court grants the Motion and stays the action, again, no further proceedings will be necessary until the stay is lifted in the future. In either case, the Court and the parties will have spent time in connection with the Case Management Conference, and associated filings, which could have been avoided had the Conference and deadlines been set after the ruling on the motion.

**STIPULATION AND [PROPOSED] ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE DATE**

1  If the Court denies the Motion to Dismiss or Stay, the Case Management
2  Conference can take place thereafter (with the associated filings due in advance).
3      Accordingly, the parties respectfully request that the Court (1) set the Case
4  Management Conference on a date after February 24, 2016, and (2) set the filing
5  deadline for the Rule 26(f) Report and the completion date for the initial disclosures
6  on a date after February 24, 2016, but before the Case Management Conference
7  date.
8      **IT IS SO STIPULATED.**

Dated: January 21, 2016    ABBEY, WEITZENBERG, WARREN & EMERY

By:    /s/ Mitchell B. Greenberg
MITCHELL B. GREENBERG
Attorneys for Defendants,
ARMORY STUDIOS, LLC, a
California limited liability company;
PETER ACWORTH, an individual

Dated: January 21, 2016    ARCHER NORRIS

By:    /s/ GailAnn Y. Stargardter
GAILANN Y. STARGARDTER
ANDREW JAMES KING
Attorneys for Plaintiff,
ATAIN SPECIALTY INSURANCE
COMPANY, a Michigan corporation

**STIPULATION AND [PROPOSED] ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE DATE**

**ORDER**

Pursuant to the Stipulation of the parties, the Court orders that**:**

    1.    The parties' Initial Case Management Conference is set for March 16, 2016 at 1:30 p.m. in Courtroom 11, 19th Floor, Philip Burton Federal Building, 450 Golden Gate Ave., San Francisco, CA 94102.

    2.    The last day to file the Rule 26(f) Report, complete initial disclosures, and file a Joint Case Management Statement is March 9, 2016.

Dated: January 29, 2016

_____
James Donato, U.S. District Judge

**STIPULATION AND [PROPOSED] ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE DATE**

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050 Facsimile (707) 542-2589